**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN THE MATTER OF:                           *     CASE NO.: A06-66641-PWB
                                            *
CASSANDRA MICHELLE KIRK,                    *
aka CASSANDRA KIRK PIERRE,                  *     CHAPTER: 13
                                            *
                                            *
                                            *

_____DEBTOR._____       *

**AMENDMENT TO CHAPTER 13 SCHEDULES, SUMMARY OF SCHEDULES AND**
**STATISTICAL SUMMARY**

COMES NOW **Cassandra Michelle Kirk,** by and through undersigned counsel, and files this "Amendment to Chapter 13 Schedules, Summary of Schedules and Statistical Summary" showing to this Honorable Court the following:

**AMENDMENT  TO CHAPTER 13 SCHEDULES**

**1.**

Debtor amends her Chapter 13 Schedule I and J by substituting the attached in lieu thereof (to reflect change in employer, income and expenses).

**AMENDMENT  TO CHAPTER 13 SUMMARY OF SCHEDULES AND STATISTICAL**
**SUMMARY**

**2.**

Debtor amends her Chapter 13 Summary of Schedules and Statistical Summary by substituting the attached in lieu thereof .

WHEREFORE Debtor prays:

(a)     That this "Amendment to Chapter 13 Schedules, Summary of Schedules and
        Statistical Summary" be filed, read and considered;

*wjp*

(b)     That this Honorable Court grant this Amendment; and,

(c)     That this Honorable Court grants such other and further relief as it may deem just

and proper.

Respectfully submitted,

By:     s/ _____

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222

Susan Sudman
Attorney for the Debtor
GA Bar No. 262728

*wjp*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO.: A06-66641-PWB |
| | * | |
| CASSANDRA MICHELLE KIRK, | * | |
| aka CASSANDRA KIRK PIERRE, | * | CHAPTER: 13 |
| | * | |
| | * | |
| | * | |
| DEBTOR. | * | |

**<u>CERTIFICATE OF SERVICE</u>**

I the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Amendment to Chapter 13 Schedules, Summary of Schedules and Statistical Summary" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Mary Ida Townson - Chapter 13 Trustee                Cassandra Michelle Kirk
Suite 2700, The Equitable Building                        1213 Gates Circle
100 Peachtree Street                                          Atlanta, GA 30316
Atlanta, GA 30303

Dated:  09/01/2007

Clark & Washington, PC                        s/
3300 Northeast Expressway                   _____
Building 3                                         Susan Sudman
Atlanta, GA 30341                              Attorney for the Debtor
(404)522-2222                                   GA Bar No. 262728

*wjp*

Form B6I
(10/05)

In re  **Cassandra Kirk**                                          Case No.    **06-66641**

Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP:<br>**None.** | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Senior Attorney** | |
| Name of Employer | **Fulton County Office of the Child Advoca** | |
| How long employed | **2 Months** | |
| Address of Employer | **141 Pryor Street**<br>**Atlanta, GA 30303** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ | **5,950.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| | | | | |
| 3. SUBTOTAL | $ | **5,950.00** | $ | **N/A** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **1,625.00** | $ | **N/A** |
|     b. Insurance | $ | **203.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,828.00** | $ | **N/A** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,122.00** | $ | **N/A** |
| | | | | |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **N/A** |
| 11. Social security or other government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| | | | | |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,122.00** | $ | **N/A** |

16. TOTAL COMBINED MONTHLY INCOME:        $            **4,122.00**          (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re  **Cassandra Kirk**                                        Case No.  **06-66641**

Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☞  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | | $ 1,000.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | | |
| b. Is property insurance included? | Yes ___ | No **X** | | |
| 2. Utilities: | a. Electricity and heating fuel | | | $ 187.00 |
| | b. Water and sewer | | | $ 30.00 |
| | c. Telephone | | | $ 84.00 |
| | d. Other  **See Detailed Expense Attachment** | | | $ 264.00 |
| 3. Home maintenance (repairs and upkeep) | | | | $ 0.00 |
| 4. Food | | | | $ 424.00 |
| 5. Clothing | | | | $ 50.00 |
| 6. Laundry and dry cleaning | | | | $ 50.00 |
| 7. Medical and dental expenses | | | | $ 50.00 |
| 8. Transportation (not including car payments) | | | | $ 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | | $ 0.00 |
| 10. Charitable contributions | | | | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| | a. Homeowner's or renter's | | | $ 45.00 |
| | b. Life | | | $ 0.00 |
| | c. Health | | | $ 0.00 |
| | d. Auto | | | $ 110.00 |
| | e. Other | | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| | (Specify) | | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
| | a. Auto | | | $ 0.00 |
| | b. Other  **Student Loan** | | | $ 350.00 |
| | c. Other  **IRS** | | | $ 250.00 |
| | d. Other | | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | | $ 0.00 |
| 17. Other  **Grooming** | | | | $ 100.00 |
| Other | | | | $ 0.00 |

| | |
|---|---:|
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,369.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Total monthly income from Line 16 of Schedule I | $ 4,122.00 |
| b. | Total monthly expenses from Line 18 above | $ 3,369.00 |
| c. | Monthly net income (a. minus b.) | $ 753.00 |

Form B6J
(10/05)

In re  **Cassandra Kirk**                                               Case No.    **06-66641**

                                    Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Cell** | $ **100.00** |
| **Direct TV** | $ **50.00** |
| **Alarm** | $ **20.00** |
| **Internet** | $ **84.00** |
| **Garbage** | $ **10.00** |
| **Total Other Utility Expenditures** | $ **264.00** |

Form 6-Summary
(10/05)

.

# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re    **Cassandra Kirk**    _____,    Case No._____**06-66641**_____

Debtor

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 170,000.00 | | |
| B - Personal Property | Yes | 3 | 25,130.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 191,765.72 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 1,188.11 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 67,728.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,122.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,369.00 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | Total Assets | | 195,130.00 | | |
| | | Total Liabilities | | 260,681.97 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

In re    **Cassandra Kirk**                                                   ,          Case No.____**06-66641**_____

                                         Debtor

                                                              Chapter_____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
# [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,188.11 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,188.11 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO.: A06-66641-PWB |
| | * | |
| CASSANDRA MICHELLE KIRK, | * | |
| aka CASSANDRA KIRK PIERRE, | * | CHAPTER: 13 |
| | * | |
| | * | |
| | * | |
| | | |
| DEBTOR. | * | |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, Cassandra Michelle Kirk, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.


Date        8/29/2007


Signed        s/_____

Cassandra Michelle Kirk